UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,                                                                                     CASE NO: 1:22-CV-22589-BB

    Plaintiff,

v.

BIRKENWALD FAMILY LIMITED
PARTNERSHIP and GIONI INCORPORATED
d/b/a CAFE ABBRACCI,
    Defendants.
_____/

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO CROSS CLAIM**

    Defendant, GIONI INCORPORATED d/b/a CAFE ABBRACCI (hereinafter "Defendant"), by and through undersigned counsel, hereby files its Answer and Affirmative Defenses to the Cross Claim against Defendant, and states as follows:

**JURISDICTION, PARTIES AND VENUE**

    1.    Defendant admits that Birkenwald Family Limited Partnership (hereinafter "BFLP") purports to bring this claim alleging enforcement of a contractual indemnity provision. However, Defendant denies that it engaged in any action giving rise to BFLP's Cross Claim and, thus, denies BFLP is entitled to the relief sought.

    2.    Admitted.

    3.    Admitted.

    4.    Defendant admits that venue would be proper in this division based on BFLP's allegations, but denies that it engaged in any actions giving rise to BFLP's claims.

    5.    Defendant denies each and every allegation within Paragraph 5 of BFLP's Cross Claim.

SPDN-868764429-3163542

6.     Defendant admits BFLP is represented by counsel and is without knowledge as to any fee arrangement.

## COUNT I – BREACH OF CONTRACTUAL INDEMNITY

7.     Defendant admits that Plaintiff, AMIN LAKHANI (hereinafter "Plaintiff") seeks injunctive relief under the ADA but denies each and every allegation therein.

8.     Admitted that Plaintiff has made such allegations in his Complaint but denies that it engaged in any action giving rise to Plaintiff's Complaint and BFLP's Cross Claim.

9.     Defendant admits BFLP denies the allegation but denies each and every allegation within Paragraph 9 of BFLP's Cross Claim.

10.    Admitted that Defendant and BFLP entered into a lease agreement in 2000, and that BFLP attached said agreement to its Cross Claim as Exhibit A, but denies it applies.

11.    Admitted that BFLP has cited to the lease agreement but denies it applies.

12.    Admitted that BFLP has cited to the lease agreement, Defendant denies each and every other allegation within Paragraph 12 of BFLP's Cross Claim.

13.    Defendant denies each and every allegation within Paragraph 13 of BFLP's Cross Claim.

Defendant denies that BFLP is entitled to any of the relief sought in its WHEREFORE clause.

## AFFIRMATIVE DEFENSES

1.     BFLP has failed to state a claim for relief which can be granted.

2.     Defendant denies that it is required to defend, indemnity and hold harmless BFLP against any and all such claims that relate to or arise of out of the allegations set forth in Plaintiff's Complaint and set forth in BFLP's Cross Claim.

SPDN-868764429-3163542

3.  Defendant denies that it breached the lease agreement between Defendant and BFLP.

4.  BFLP is not entitled to attorney's fees for bringing this action.

5.  BFLP is not entitled to reimbursement from Defendant for any amounts incurred to resolve Plaintiff's claims against BFLP.

6.  BFLP is not entitled to reimbursement from Defendant for any adverse judgment entered against BFLP in this case.

7.  BFLP is not entitled to reimbursement from Defendant for any amounts incurred by BFLP to remedy any alleged violations within the Subject Premises.

8.  Defendant seeks from BFLP any and all costs, fees, and expenses incurred in the defense of this action.

9.  The contract attached to BFLP's Cross Claim is not a valid contract.

10. Assuming any architectural barrier exists, it is the full responsibility of the Lessor to remove.

Defendant reserves the right to assert any and all other defenses that may become evident during discovery and during any other proceeding in this action.

Dated: **September 23, 2022**                    Respectfully submitted,

/s/ Susan Potter Norton
Susan Potter Norton
Florida Bar No. 201847
snorton@anblaw.com
**Allen, Norton & Blue, P.A.**
121 Majorca Avenue, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
*Counsel for Defendant Cafe Abbracci*

SPDN-868764429-3163542

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Glenn R. Goldstein, Esq.
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Suite 504
Miami, Florida 33138
Tel: (305) 900-2373
GGoldstein@G2Legal.net
*Counsel for Plaintiff*

SPDN-868764429-3163542