UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

BIRKENWALD FAMILY LIMITED
PARTNERSHIP and GIONI
INCORPORATED d/b/a CAFÉ
ABBRACCI,
    Defendant(s).

Case No: 22-cv-22589-BB

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendant, GIONI INCORPORATED, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein, Esq. (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Susan Potter Norton
Susan Potter Norton, Esq.(FBN: 201847)
   *Attorney for Defendant GIONI INCORPORATED*
Allen Norton & Blue, P.A.
121 Majorca Ave, Ste 300
Coral Gables, FL 33134-4508
(305) 445-7801
snorton@anblaw.com